# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E 42nd Street, Suite 2540                                                     Telephone: (212) 317-1200
New York, New York 10165                                                    Facsimile: (212) 317-1620
_____
jbarton@faillacelaw.com

September 9, 2016

**Via ECF**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

> **Re:   Aguilar et al v. Philka Grocery Corp. et al; 15-cv-04592-AKH**

Your Honor:

This office represents Plaintiffs in the above-referenced matter.  We write to advise the Court that, after consulting with us, Plaintiff Pedro Fernandez Espinosa has decided to dismiss all of his claims against Defendants without prejudice.

Accordingly, attached please find a Stipulation of Partial Dismissal for Your Honor's review and approval.  In deference to the Second Circuit's ruling in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), we emphasize that Plaintiff Espinosa has not reached a settlement with Defendants.  He has simply decided to no longer pursue his claims.

We thank the Court for its consideration.

Respectfully Submitted,

/s/ Jesse Barton
Jesse Barton
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for Plaintiffs