UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    15-CV-4592

AGUSTIN MORALES AGUILAR, JUAN
MESIAS LEON CALLE, LUIS PEREZ            STIPULATION OF PARTIAL
CUAUTLA, MARCEL GERARDO                  DISMISSAL WITHOUT
MENDEZ, OSCAR HERNANDEZ, LUIS            PREJUDICE
VAZQUEZ TOLENTINO, JAVIER JUSTO
HERNANDEZ, PEDRO FERNANDEZ
ESPINOSA and HERMINIO LUNA,
*individually and on behalf of others similarly
situated*,

       *Plaintiffs*,

  -against-

PHILKA GROCERY CORP. (d/b/a LITTLE
ITALY PIZZA), DINO MAZZELA, DINA
RAPA, BINO RAPPA, PAEDEO RAPPA,
CAROLINA RAPPA, FILIPPO RAPA,
JOSEPHINE RAPPA and TADDEO RAPPA,

       *Defendants*.
-----------------------------------------------------------X

  It is hereby agreed by the undersigned attorneys for Plaintiffs and Defendants, that all of plaintiff Pedro Fernandez' claims against Defendants in this action shall be dismissed, without prejudice, and without costs and attorneys' fees.

Dated: September 9, 2016

By: /s/ Michael Faillace
Michael Faillace
60 E. 42nd Street, Suite 2540
New York, NY 10165
Tel: (212) 317-1200
michael@faillacelaw.com
*Attorneys for the Plaintiffs*

By: /s/ Raymond Nardo
Raymond Nardo
129 Third Street
Mineola, NY 11501
Tel: (516)248-2121
raymondnardo@gmail.com
*Attorney for Defendants*

SO ORDERED.

Dated: _____

_____
Hon. Alvin K. Hellerstein
United States District Judge